UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

*Filed Electronically*

| | |
|---|---|
| KEVIN M. EAGEN II, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No.5:25-cv-00300 |
| v. ) | |
| ) | |
| CORE SPECIALTY INSURANCE ) | |
| HOLDINGS, INC.; CORE SPECIALTY ) | |
| INSURANCE SERVICES, INC.; WILLIAM ) | |
| VENS; JOSEPH E. CONSOLINO; and DON ) | |
| LARSON, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Core Specialty Insurance Holdings, Inc. and Core Specialty Insurance Services, Inc. along with William Vens, Joseph E. Consolino and Don Larson, through counsel, pursuant to Rule 12(b)(6) and LR 7.1 submit their Motion to Dismiss Plaintiff's Complaint. For the reasons outlined in its memorandum in support of this Motion, Defendants respectfully request this Court to dismiss the Complaint in its entirety.

Respectfully submitted,

FROST BROWN TODD LLP

/s/ *Mekesha H. Montgomery*
Mekesha H. Montgomery (KBA #88004)
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
615-251-5550 Telephone
615-251-5551 Facsimile
mmontgomery@fbtlaw.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's eFiling system, which will automatically send a Notice of Electronic Filing to all registered users, and I also served a copy of the foregoing document by electronic mail to:

Richard A. Getty
C. Thomas Ezzell
THE GETTY LAW GROUP, PLLC
The Offices at City Center
100 West Main Street, Suite 200
Lexington, Kentucky 40507
rgetty@gettylawgroup.com
tezzell@gettylawgroup.com

*Attorneys for Plaintiff*

                                                  /s/ *Mekesha H. Montgomery*
                                                  *Counsel for Defendants*

0155812.0780219  4911-3742-3204