**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| **KEVIN M. EAGEN II**<br><br>  Plaintiff,<br><br>V.<br><br>**CORE SPECIALTY INSURANCE HOLDINGS, INC., et al.**<br><br>  Defendants. | Civil Action No. 5:25-cv-300-DCR<br><br>Judge Danny C. Reeves<br><br>**NOTICE OF ENTRY OF APPEARANCE AND <u>SUBSTITUTION OF COUNSEL</u>** |

   PLEASE TAKE NOTICE that Danielle Harlan, Esq. of the firm The Getty Law Group, PLLC ("GLG") enters her appearance as counsel for the Plaintiff, Kevin M. Eagen II in substitution of C. Thomas Ezzell. Mr. Ezzell passed away recently and Ms. Harlan requests that all pleadings, notices, or other papers filed or served in this proceeding be served upon her as well as Richard A. Getty at the following address:

   Richard A. Getty, Esq.
   Danielle Harlan, Esq.

   The Getty Law Group, PLLC
   The Offices at City Center
   100 West Main Street, Suite 200
   Lexington, Kentucky  40507
   Telephone:  (859) 259-1900
   Facsimile:   (859) 259-1909

   E-Mail:  rgetty@gettylawgroup.com
   E-Mail:  dharlan@gettylawgroup.com

Respectfully submitted,

/s/ Danielle Harlan
RICHARD A. GETTY
      and
DANIELLE HARLAN

THE GETTY LAW GROUP, PLLC
100 West Main Street, Suite 200
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909
E-mail: rgetty@gettylawgroup.com
E-mail: dharlan@gettylawgroup.com

COUNSEL FOR PLAINTIFF
KEVIN M. EAGEN, II

**CERTIFICATE OF SERVICE**

    A copy of the foregoing Entry of Appearance and Substitution of Counsel was electronically filed in this Court's e-filing software which will send an electronic copy to counsel of record on this the 17th day of October 2025.

/s/ Danielle Harlan
COUNSEL FOR PLAINTIFF

amspld1273