**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| **KEVIN M. EAGEN II**<br><br>        **Plaintiff,**<br><br>**V.**<br><br>**CORE SPECIALTY INSURANCE HOLDINGS, INC., et al.**<br><br>        **Defendants.** | **Civil Action No. 5:25-cv-300-DCR**<br><br>**Judge Danny C. Reeves**<br><br>**AGREED ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff, Kevin M. Eagen II, and Defendants, Core Specialty Insurance Holdings, Inc., Core Specialty Insurance Services, Inc., William Vens, Joseph E. Consolino, and Don Larson, all through counsel, having agreed and tendered this Agreed Order, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff may file a First Amended Complaint which does not attempt to revive any of the claims dismissed by the Court in its March 3, 2026 Memorandum Opinion and Order [D.E. 17].

This the ___ day of April 2026.

Tendered by:

 /s/ Richard A. Getty
RICHARD A. GETTY
        and
DANIELLE HARLAN

THE GETTY LAW GROUP, PLLC
The Offices at City Center
100 West Main Street, Suite 200
Lexington, Kentucky  40507
rgetty@gettylawgroup.com
dharlan@gettylawgroup.com

COUNSEL FOR PLAINTIFF,
KEVIN M. EAGEN II

Have seen and agree:


_____
MEKESHA H. MONTGOMERY

FBT GIBBONS LLP
150 3rd Avenue South, Suite1900
Nashville, Tennessee 37201
mmontgomery@fbtgibbons.com

and

DAVID E SCHWARTZ
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Manhattan West, 395 9th Avenue
New York, New York  10001
dschwartz@skadden.com

COUNSEL FOR DEFENDANTS,
CORE SPECIALTY INSURANCE HOLDINGS, INC.,
CORE SPECIALTY INSURANCE SERVICES, INC.,
WILLIAM VENS, JOSEPH E. CONSOLINO, AND
DON LARSON


dhpld3254

2