# EXHIBIT B



**CORE SPECIALTY**

201 E. Fifth Street
Suite 1200
Cincinnati, Ohio 45202

phone:   (513) 599-7500
fax:     (513) 599-7501

## Core Specialty Insurance Services, Inc.

February 25, 2026

Kevin Eagen
439 Fayette Park
Lexington, KY 40508
EMAIL: kevin.eagen@corespecialty.com

Dear Kevin,

This letter will confirm your separation from your role as President – Equine with Core Specialty Insurance Services, Inc., the "Company" effective February 25, 2026 ("Separation Date"). You will be eligible to receive the following:

**Pay:**  Your regular salary will be paid through the Separation Date. You will receive your final paycheck through direct deposit on the regularly scheduled pay run following your Separation Date.

**Vacation:**  You will be paid for all accrued and unused vacation hours **earned** through the Separation Date. If you have exceeded your earned vacation hours, the difference will be deducted from your final paycheck. By our calculations you have 168.87 hours of vacation which you will be paid through direct deposit on the regularly scheduled pay run following the Separation Date.

**Medical/Dental/Vision Benefits:**  Your health insurance coverage will end on the last day of the month following the Separation Date (or, on the Separation Date if the Separation Date is the last day of a month). Pursuant to the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) you and your eligible dependents have the option to continue the Company's group medical, prescription, dental and vision health insurance plans.  Information regarding your rights under "COBRA," including the cost of coverage thereunder will be provided to you separately.

**Life and Disability Insurance:**  Your group life and disability policies cannot be continued and will be cancelled as of the Separation Date.  If you would like to continue the life insurance under your own policy, please contact the Benefits department at askbenefits@corespecialty.com.

**401(k):**  If you are a participant in the Company's 401(k) Plan you are entitled to a distribution under the Plan.  Information from John Hancock will be mailed to your home address.  If you have a loan against your 401(k), please contact John Hancock customer service at 800-294-3575 to make arrangements for loan repayments.

**Expense Reimbursement:**  All expense reimbursements must be submitted no later than seven (7) days after the Separation Date.  Please work with your manager to submit the appropriate documentation.  Once your expense report has been approved, a payment will be issued to you within ten (10) working days.

**corespecialty.com**



**Workday Pay Statements:**  Should you need access to your pay statements after your employment has terminated, please reach out to the HR team at human.resources@corespecialty.com and a HR team member will open a ticket to have your Workday password reset so that you can access your paystubs in Workday.

**Restricted Stock Units (RSUs)**
Access to Shareworks is SSO enabled in My Apps.  Upon exit from Core Specialty, your SSO access will be disabled.  If you have **vested** RSUs, please contact Beth Hoff at Beth.Hoff@corespecialty.com to update the personal email on your account after leaving the Company.  If you have unvested RSUs, you can still access your account by contacting the Support Team at Morgan Stanley at Work at 1-877-380-7793 or https://www.morganstanley.com/atwork/support.

**Company Property and Protection of Confidential and Proprietary Information:**  It is understood and agreed that all files, papers, memoranda, letters, handbooks and manuals, and facsimiles etc. or other communications that were written, authorized, signed, received or transmitted during your employment are and remain the property of the Company and, as such, are not to be removed from the Company's offices. Further, you acknowledge that you will return any of the items belonging to the Company i.e. door key fob, desk keys, mobile phones or devices, as well as IT equipment etc., you are in possession of at this time. Any such aforementioned materials which you possess, but which are not in the Company's offices, are to be returned immediately.

**You understand that you are bound by the obligations and restrictions contained in the Confidentiality Agreement containing restrictive covenants you executed upon hire.**  You may discuss with us at any time, at present or in the future, any questions you may have regarding information which you plan to disclose or use and to give you guidance as to whether the Company considers it confidential.

If you have any questions, please do not hesitate to contact me the Human Resources Department via email human.resources@corespecialty.com.


Sincerely,


Lisa Davis
HR Business Partner


**Employee Statement**
*I have read and understood the contents of this letter and acknowledge receipt of a copy of this letter.*

Employee Signature


_____          _____
                                                  Date


_____
Employee Name


**CORE**
SPECIALTY

201 E. Fifth Street
Suite 1200
Cincinnati, OH 45202

**To**: Participant of the **Company's** Group Health Insurance

**From**: Human Resources

**Subject**: Notice of COBRA Continuation Coverage Election Rights

**This notice contains important information about your right to continue your health care coverage in theCore Specialty Insurance Services, Inc. group health plan.**

You and any family members that have been enrolled in our health plans will be given the opportunity to continue coverage. It is the same plan as for active employees except that you will need to pay the entire cost plus a 2% administration fee.

Currently, Chard-Snyder coordinates our COBRA coverage. You will receive a COBRA election packet within 14 days of separation from the Company. It will contain a detailed explanation of your rights and obligations under COBRA and list the family members and plans available for continuation, as well as the related monthly rates. Each family member hasa separate right to enroll for COBRA coverage.

There are very specific time frames within which you must respond after receipt of your election packet if you are interested in continuing your health coverage. Please review the information and respond promptly.

It is important that you understand that your active health plan coverage will be terminated at the end the month in which your employment with the Company ends. If you elect COBRA coverage and pay your initial premiums within the required time frames, your coverage will be reinstated retroactively to the date it was terminated.

If you do not receive your election packet within two weeks of your termination from active coverage, or if you have questions about our COBRA plan, please contact askbenefits@corespecialty.com

I acknowledge receipt of the Notice of COBRA Continuation Coverage Election Rights


_____          _____
Employee Signature                                        Date


_____
Printed Name



# 2026 Separation Information

## COBRA

**Chard-Snyder/Ascensus**
www.chard-snyder.com
1-800-982-7715

Within 14 days of separation, you will receive information about COBRA and continuing your benefits from Chard-Snyder/Ascensus. This information explains the requirements and the timeline for COBRA and the coverage cost. Your signed COBRA paperwork must be returned to Chard Snyder/Ascensus Cobra Services. Do not return to Core Specialty.
**www.dol.gov/ebsa/publications/cobraemployer.html**

**COBRA Cost**

**Medical, Dental, Vision, RX**

Cost is per month

| | Medical | Dental | Vision | Bundled |
|---|---|---|---|---|
| Employee Only: | $1,108.46 | $55.53 | $6.20 | $1,170.19 |
| Employee + Spouse/DP: | $2,197.43 | $87.87 | $12.41 | $2,297.71 |
| Employee + Child/ren: | $1,955.51 | $81.15 | $13.27 | $2,049.93 |
| Family: | $3,152.92 | $136.43 | $21.20 | $3,310.55 |

## Benefit Plan Information

| | | |
|---|---|---|
| **Medical – UMR Choice Plus**<br>Group Number: 76-417991 | *Coverage ends last day of separation month* | **Plan effective date:** 01/01/2026<br>**Member Services:** 1-800-207-3172<br>www.umr.com<br>**Claims:** UMR, PO BOX 30541 Salt Lake City, UT 84130-0541 |
| **Pharmacy – TrueScripts**<br>Group Number: 00015404 | *Coverage ends last day of separation month* | **Plan effective date:** 01/01/2026<br>**Member Services:** 1-844-257-1955<br>www.truescripts.com |
| **Vision – Vision Service Providers**<br>Group Number: 30105416 | *Coverage ends last day of separation month* | **Plan effective date:** 01/01/2022<br>**Member Services:** 1-888-877-7195<br>www.vsp.com<br>**Claims:** VSP, PO Box 997105, Sacramento, CA 95899-7105 |
| **Dental –**<br>**Delta Dental of Ohio**<br>Group Number: 10254 | *Coverage ends last day of separation month* | **Plan effective date:** 01/01/2022<br>**Member Services:** 1-800-524-0149<br>www.deltadentaloh.com<br>**Claims:** Delta Dental, PO Box 9085, Farmington Hills, MI 48333 |

| Spending Accounts | | |
|---|---|---|
| **Health Savings Account (HSA)**<br>**– Chard-Snyder Ascensus** | *This is your savings account to use on IRS qualified medical expenses.*<br>*Core Specialty does not make any contributions past termination date.* | **Plan effective date:** 01/01/2022<br>**Member Services:** 1-800-982-7715<br>www.chard-snyder.com<br>*HSA accounts are IRS regulated accounts with annual limits, please take note of your annual contribution. This contribution may affect your ability to participate in another plan during the year. |
| **Flexible Spending Account (FSA)**<br>**– Medical & Dependent Care** | *Coverage ends on separation date.*<br>*Claims incurred during employment can be reimbursed for up to 90 days from date of separation.* | **Plan effective date:** 01/01/2022<br>**Member Services:** 1-800-982-7715<br>www.chard-snyder.com |
| **Commuter Benefit** | *The card is shut off upon receipt of separation notice. You will have 90 days to submit expenses incurred up to the last date of employment. Funds for mass transit are forfeited upon separation.* | **Plan effective date:** 01/01/2022<br>**Member Services:** 1-800-982-7715<br>www.chard-snyder.com |
| Lincoln Benefits | | |
| **Life Insurance Accidental Death & Dismemberment (AD&D) Insurance - Lincoln Financial**<br><br>**Policy # 28018** | *Coverage ends on separation date.*<br>*Lincoln allows conversion of Life Insurance.*<br>*Lincoln allows 31 days for conversion. Please contact Lincoln Financial for more information.* | **Plan effective date:** 01/01/2022<br>**Member Services:** 1-800-275-5462 |
| **Accident, Critical Illness, Hospital Indemnity Insurance** | *Coverage ends on separation date.*<br><br>*Lincoln allows conversion of Supplemental Benefits. Lincoln allows 31 days for conversion. Please contact Lincoln Financial for more information.* | **Plan effective date:** 01/01/2023<br>**Member Services:** 1-877-815-9256 |

| | | Plan effective date: 01/01/2022 |
|---|---|---|
| **Employee Assistance Program**<br><br>*EmployeeConnect* | *Provides up to 5 sessions with a counselor per person per issue, per year.*<br><br>*Completely Confidential* | **Member Services:** 1-888-628-4824<br>**Visit:** GuidanceResources.com<br>**Username:** LFGSupport<br>**Password:** LFGSupport1 |

## Retirement Benefits

| | | |
|---|---|---|
| **John Hancock Retirement Savings Plan 401(k)** | *This is your 401k account.* | **Member Services:** 1-800-294-3575<br>www.myplan.johnhancock.com<br>For information on loan payrolls, roll overs or distributions contact Member Services.<br><br>*401(k) accounts are IRS regulated accounts with annual limits, please take note of what you have contributed for the year with Core Specialty. You will need to take that into account if you choose to participate in another plan during the year. |

## Other Benefits

| | |
|---|---|
| **Benefit Advocate Contact Information** | Benefit Resource Center (USI) 1-855-874-0829<br>BRCMidwest@usi.com |



**CORE SPECIALTY**

201 E. Fifth Street
Suite 1200
Cincinnati, Ohio 45202

phone:   (513) 599-7500
fax:      (513) 599-7501

## Core Specialty Insurance Services, Inc.

**Property Inventory List**

| Property Returned | Comments |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Employee Statement**

*This list includes all Core Specialty and Enstar (US) Inc. and any subsidiary or affiliate companies (collectively "Core") property in my possession, including all items used by me in rendering services for Core i.e., lap top computers, credit cards, mobile phones, computer files, passwords and passkeys and all originals and copies of the company's documents and data, including, but not limited to all confidential information in my possession.*

_____          _____
Employee Signature                                        Date

_____
Print Name

**corespecialty.com**



**Always Designing
for People™**

# Employee Guide to Employment Verification Service

ADP Employment Verification, powered by The Work Number® from Equifax, privately and securely provides automated income and employment verifications to help keep your life moving! No more searching for paystubs!

If the banker, the property manager, the car dealer or caseworker asks you how much money you make or to prove where you work, just tell them to go to www.theworknumber.com.

Why? Because your employer has opted to have The Work Number provide this information to help you get the decisions you need 24 hours a day, 7 days a week.

If someone, such as a mortgage lender, property leasing company, a financial institution, or a government agency, needs help, direct them to:
**www.theworknumber.com**
**800-367-5690  M-F 8:00 am to 8:00 pm (ET)**
**member@Equifax.com**

## What can theworknumber.com do for me?

### Get an Employment Data Report (EDR):

You are entitled under the Fair Credit Reporting Act (FCRA) to receive a free credit report every twelve months, so you can see your personal information and who requested it.
Go to https://employees.theworknumber.com/employment-data-report

Or, you may call our EDR Request Line:  866-604-6570

### Ask for Data Dispute Assistance:

If you notice something inaccurate on your Employment Data Report (EDR), call The Work Number Employee Service Center for assistance:
866-222-5880 M-F 8:00 am - 8:00 pm (ET)

TTY- hearing impaired: 800-424-0253

The Employer Code is 35109



**Want to freeze your information available to Verifiers? Ask for an Employment Data Freeze:**

If you would like to put a freeze on your employment information available to Verifiers, call The Work Number Employee Service Center for assistance:

· 866-222-5880 M-F 8:00 am - 8:00 pm (ET)
· TTY- hearing impaired: 800-424-0253

The Employer Code is 35109

**How Do I Login to The Work Number?**

- Start by going to https://employees.theworknumber.com
- Select "Log In" and follow the simple prompts
- Enter the Employer code 35109 (Starstone US Intermediary)
- If this is your first time – pick "Register Now"
- If you are a returning user – enter your username and password
- The screen prompts will walk you through all the steps to help verify your identity and keep your account private while offering helpful messages if you have problems

**We're Here to Help!**

Have questions? Or Need to talk to someone? For assistance contact The Work Number Employee Service Center at:

866-604-6572 M-F 8:00 am - 9:00 pm (ET)

TTY- hearing impaired: 800-424-0253



Obtaining an Immigration Verification [Note to Employers: OPTIONAL Instructions if you are contracted for this part of the service]:
The Work Number offers a fast, private way to help provide proof of employment or income to certain governmental agencies, including the U.S. Department of Homeland Security, U.S. Citizen and Immigration Services, and some foreign governmental agencies or embassies. The Work Number provides employment and income information only; no other information that may also be necessary during the processing of a request or application can be provided. Visit https://employees.theworknumber.com login and click on the "Immigration" tab.

## Introductory Email Message to send Employees

Subject: New Employee Benefit - Automated Employment Verification

Are you applying for credit, leasing or renting, financing a purchase, or applying for government services? If yes, we've made it a lot easier for you to get proof of income or employment when you need it without calling HR.

We have partnered with The Work Number® service, which is a simple, secure and private way to get your employment and/or income information to the companies that need it. It's available 24/7, so that you can get the decisions you need when you need them.

From now on if the banker, the property manager, the car dealer or caseworker asks you how much money you make or to prove where you work, just send them to:

- www.theworknumber.com
- 800-367-5690 M-F 8:00 am to 8:00 pm (ET)
- member@equifax.com

Simple as that. Visit https://employees.theworknumber.com to learn more.



The information contained herein constitutes proprietary and confidential information of ADP. It must not be copied, transmitted, or distributed in any form or by any means without the express written permission of ADP. This information is by nature is subject to revision and may not be the most current information available. The information provided in this document is for informational purposes only and not for the purpose of providing legal, accounting, or tax advice. The information and services ADP provides should not be deemed a substitute for the advice of any such professional. Such information is by nature is subject to revision and may not be the most current information available.

ADP, the ADP logo, and Always Designing for People are trademarks of ADP, LLC. The Work Number is a registered trademark of TALX Corporation, a wholly owned subsidiary of Equifax Inc. Copyright © 2020, ADP, LLC. All rights reserved.